UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG PHANTHAVONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00223-EPG<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER**<br><br>**(ECF No. 16)** |

1

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective
2 counsel of record, with the approval of the Court, that this action be remanded for further
3 administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
4    On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing,
5 further develop the record as necessary, and issue a new decision.
6    The parties further request that the Clerk of the Court be directed to enter a final judgment
7 in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 13, 2023              PENA & BROMBERG, PLC

By:*/s/ Jonathan Pena\**
JONATHAN PENA
Attorneys for Plaintiff
[*As authorized by e-mail on Oct. 13, 2023]

Dated: October 16, 2023              PHILLIP A. TALBERT
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation (ECF No. 16), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **October 16, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE