UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG PHANTHAVONG,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-00223-EPG<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**(ECF No. 19)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND DOLLARS AND ZERO CENTS ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Jonathan O. Pena (Counsel).  Pursuant to

1

*Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel, including Counsel's law firm and associates, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 9, 2024            PENA & BROMBERG, PLC

By:*/s/ Jonathan O. Pena\**
    JONATHAN O. PENA
    Attorneys for Plaintiff
    [*As authorized by e-mail on Jan. 9, 2024]

Dated: January 10, 2024           PHILLIP A. TALBERT
                                  United States Attorney

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 19), IT IS ORDERED that attorney fees in the amount of $6,000 are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **January 10, 2024**               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE